No. 04–1712. SARKES TARZIAN, INC. *v.* U. S. TRUST COMPANY OF FLORIDA SAVINGS BANK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TARZIAN. C. A. 7th Cir. Motion of Loren Robel et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–1719. BROOKS ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Motion of Multiple Amcor and Elecktra Partners for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.

No. 04–10248. HAYNES *v.* RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.*

No. 04–10249. HARDISON *v.* CAREY, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.*

No. 04–10437. ROSENDO VALDES *v.* UNITED STATES. C. A. 11th Cir. Certiorari before judgment denied.

No. 04–10643. SMITH *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. JUSTICE BREYER would grant petition for writ of certiorari.

No. 05–16. HERRING *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Motion of Former Federal Prosecutors for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 05–87. COLORADO *v.* HARLAN. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 05–106. GRAND TRUNK WESTERN RAILROAD INC. ET AL. *v.* RODDY. C. A. 6th Cir. Motion of Airline Industrial Relations Conference et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.